# UNITED STATES BANKRUPTCY COURT
## Western District of Michigan

In re: **Brandi Lee Moore**
**Shea Adam Moore**  ,

Debtor(s).
_____ /

Case No.  18-05208
Chapter 13
Hon. Scott W. Dales
Filed:  **12/17/18**

## FIRST PRECONFIRMATION AMENDED CHAPTER 13 PLAN

### I. PLAN PARAMETERS

**A. APPLICABLE COMMITMENT PERIOD (ACP) - 11 U.S.C. § 1325(b)(4).**

☐ The ACP is 60 months.

☒ The ACP is 36 months. However, the duration of payments may be extended to complete the Plan.

**B. LIQUIDATION ANALYSIS.**
1. The amount to be distributed to holders of allowed unsecured claims shall not be less than the value of the non-exempt equity of the Debtor(s) less the costs of sale. The liquidation value of the estate as required by 11 U.S.C. § 1325(a)(4) is $**0.00**
2. The estimated base amount to be paid to the general unsecured creditors is $**100.00**

This Plan remains unchanged in all respects
not in conflict with this amendment.

Date: **February 5, 2019**        /s/
                                  **Brandi Lee Moore**    , Debtor

Date: **February 5, 2019**        /s/
                                  **Shea Adam Moore**     , Debtor

Date: **February 5, 2019**        /s/
                                  **Jeffrey D. Mapes P70509**   , Counsel for the Debtor(s)