UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| Brandi Lee Moore | § | **CASE NO.** 18-05208 |
| Shea Adam Moore | § | **HON.** Scott W Dales |
| **Debtor(s)** | § | |
| | § | |

### DEBTORS' FIRST POST-CONFIRMATION AMENDED CHAPTER 13 PLAN

NOW COME the Debtor(s), Brandi Lee Moore and Shea Adam Mooreby their Counsel, Mapes Law Offices, and for their First Post-Confirmation Amended Chapter 13 Plan, state as follows:

1. This Chapter 13 Case was filed on 12/17/2018.

2. The Chapter 13 Plan was Confirmed on 02/08/2019

3. To restore plan feasibility, Section II.A of the Confirmed Plan is amended to provide that the Debtors' new plan payment shall be $626.00 monthly.

4. The Plan remains unchanged in all respects not in conflict with this amendment.

WHEREFORE, the Debtors respectfully request this Court enter the attached Order approving this amendment.

Dated: 12/22/2020              /s/_____
                              Brandi Lee Moore, Debtor


Dated: 12/22/2020              /s/_____
                              Shea Adam Moore, Joint Debtor


Dated: 12/22/2020              /s/George J. George
                              Jeffrey D. Mapes, Attorney for Debtor
                              George J. George, Associate Attorney
                              29 Pearl St. NW, Ste. 305
                              Grand Rapids, MI 49503
                              Phone: (616) 719-3847
                              Fax: (616) 719-3857