UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| Brandi Lee Moore | § | **CASE NO.** 18-05208 |
| Shea Adam Moore | § | **HON.** Scott W Dales |
| **Debtor(s)** | § | |

**STIPULATED SECOND POST-CONFIRMATION AMENDED CHAPTER 13 PLAN**

NOW COME the Debtor(s), Brandi Lee Moore and Shea Adam Moore, by their Counsel, Mapes Law Offices, and the Chapter 13 Trustee, Brett N. Rodgers, in support of their stipulation, state as follows:

1. This Chapter 13 Case was filed on 12/17/2018.
2. The Chapter 13 Plan was Confirmed on 02/08/2019.
3. Section II.A of the Confirmed Plan is amended to provide that the Debtors' new plan payment shall be $1,772.45 monthly.
4. Section III.F of the Confirmed Plan is amended to provide that the base to the unsecured creditors shall be $20,500.00.
5. The Plan remains unchanged in all respects not in conflict with this amendment.
6. This amendment has no detrimental effect on creditors, and service upon the Matrix should therefore be waived.

WHEREFORE, the undersigned hereby agree and stipulate to entry of the attached Order Approving Second Post-Confirmation Amended Chapter 13 Plan.

Dated: 05/11/2021         /s/Elizabeth Clark, attorney for
                          Brett N. Rodgers, Chapter 13 Trustee

Dated: 05/10/2021         /s/
                          Brandi Lee Moore, Debtor

Dated: 05/10/2021         /s/
                          Shea Adam Moore, Joint Debtor

Dated: 05/10/2021         /s/George J. George
                          Jeffrey D. Mapes, Attorney for Debtor
                          George J. George, Associate Attorney
                          29 Pearl St. NW, Ste. 305
                          Grand Rapids, MI 49503
                          Phone: (616) 719-3847
                          Fax: (616) 719-3857